VANDARREL LEON DOE,        )
                          )
    Movant,           )
                          )
v.                        )        Case No. CV608-034
                          )        [underlying CR605-010]
UNITED STATES OF AMERICA,  )
                          )
    Respondent.       )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _28_ day of _July_, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA